J-A10028-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| GERALD L. RODGERS | : | |
| | : | |
| Appellant | : | No. 1821 EDA 2017 |

Appeal from the Judgment of Sentence June 6, 2017
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0010255-2015

BEFORE: GANTMAN, P.J.E., LAZARUS, J., and OTT, J.

JUDGMENT ORDER BY OTT, J.:                    **FILED APRIL 22, 2019**

Gerald L. Rodgers appeals from the judgment of sentence entered on June 6, 2017, in the Court of Common Pleas of Philadelphia County, following his non-jury conviction of terroristic threats, recklessly endangering another person, carrying a firearm without a license, possession of a firearm prohibited, carrying a firearm in public in Philadelphia, possessing an instrument of crime, and criminal conspiracy. We affirm the judgment of sentence.

On appeal, Rodgers raises a single issue for our review: "Did the court err as a matter of law where it admitted the altered video tape which purported to show the assault on the complaining witnesses." Rodgers' Brief, at 6. However, the video is not included in the certified record. It is impossible for this Court to address the merits of Rodgers' claim and make a proper

determination, without viewing the video to determine whether the trial court abused its discretion in denying Rodgers' motion. It is an appellant's responsibility to ensure that the certified record contains all the items necessary to review his claims. ***See Commonwealth v. B.D.G.***, 959 A.2d 362, 372 (Pa. Super. 2008). "When a claim is dependent on materials not provided in the certified record, that claim is considered waived." ***Commonwealth v. Petroll***, 696 A.2d 817, 836 (Pa. Super. 1997) (citation omitted), *affirmed*, 738 A.2d 993 (Pa. 1999). Accordingly, we affirm the judgment of sentence.

Judgment of sentence affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 4/22/19